[No. 11744–1–I.   Division One.   April 23, 1984.]

ARROW CONCRETE CONSTRUCTION COMPANY, *on the Relation of Billie Jo Carothers, ET AL, Respondents,* v. JAMES I. HART, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 847603, Peter K. Steere, J., entered April 21, 1982. *Remanded* by unpublished opinion per Andersen, J., concurred in by Williams, J., and Johnsen, J. Pro Tem.

[Nos. 10674–1–I; 11189–2–I.   Division One.   April 23, 1984.]

ARROW CONCRETE CONSTRUCTION COMPANY, *on the Relation of Billie Jo Carothers, ET AL, Respondents,* v. JAMES I. HART, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 847603, Peter K. Steere, J., entered July 24, 1981. *Remanded* by unpublished opinion per Johnsen, J. Pro Tem., concurred in by Williams and Andersen, JJ.

[No. 5213–3–III.   Division Three.   April 24, 1984.]

HAGAN AND VAN CAMP, P.S., *Respondent,* v. FRANKIE M. DEGLOW, *Defendant,* RINER E. DEGLOW, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–2–01132–7, Duane E. Taber, J., entered May 21, 1982. *Reversed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 5771–2–III.   Division Three.   April 26, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD LEE BRADFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 4506, Albert J. Yencopal, J., entered